UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA  :

v.  :  CRIM.NO.3:04CR138 (JCH)

NIJAJUAN HOWARD  :

## CONSENT FORM

The defendant, NIJAJUAN HOWARD, hereby consents to have a United States Magistrate Judge hear the application and to administer the allocution pursuant to F.R. Crim. P., Rule 11.

CONSENTED TO:

DEFENDANT: _____  6/6/05
           NIJAJUAN HOWARD            Date

ATTORNEY FOR DEFENDANT: _____  6/6/05
                       STEVEN D. JACOBS           Date

UNITED STATES ATTORNEY
BY A.U.S.A.: _____  6/6/05
             PATRICK F. CARUSO        Date
             PAUL A. MURPHY