UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                              CRIMINAL ACTION NO.

NIJAJUAN HOWARD,                                3:04CR00138 (JCH)
     Defendant.

                                                APRIL 14, 2008

                           **ORDER TO SHOW CAUSE**

The defendant is hereby ORDERED to SHOW CAUSE by May 15, 2008, why he should be re-sentenced pursuant to 18 U.S.C. § 3562(c)(2) and (994(u), and to what term. The court has not yet determined to re-sentence.

Counsel are directed to confer before May 15, 2008, and if the government and the defendant are in agreement, to report such to the court by May 15, 2008.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 14th day of April, 2008.

                                    /s/ Janet C. Hall
                                    Janet C. Hall
                                    United States District Court